**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| KAMON RENARD MCGEE, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-CV-2928-M |
| ) | |
| DALLAS POLICE DEPT., ET AL., ) | |
| Defendants. ) | |

## ORDER

On December 5, 2016, the Court entered Findings, Conclusions and a Recommendation that this complaint be dismissed for want of prosecution because Plaintiff failed to respond to the Magistrate Judge's Questionnaire. (ECF No. 8.) On December 19, 2016, Plaintiff filed objections and a motion for extension of time to respond to the Magistrate Judge's Questionnaire. (ECF No. 9.) The Court hereby GRANTS Plaintiff thirty days from the date of this order to respond to the Questionnaire. The Court hereby VACATES its December 5, 2016, Findings, Conclusions and Recommendation.

IT IS SO ORDERED.

SIGNED this 5th day of January, 2017.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE