IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KAMON RENARD MCGEE,            ) | |
|     Plaintiff,            ) | |
|     ) | |
| v.            ) | No. 3:16-CV-2928-M |
|     ) | |
| DALLAS POLICE DEPT., ET AL.,            ) | |
|     Defendants.            ) | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and determines that Plaintiff's claims against Defendant Officer Hendricks should proceed, but dismisses the rest of the defendants and claims with prejudice. The case should now be captioned with Officer Hendricks as a defendant. The Court hereby recommits this case to the Magistrate Judge for pre-trial management.

Signed this 9th day of March, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE