UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KAMON RENARD McGEE | § | |
| Plaintiff, | § | |
| v. | § | No. 3:16-CV-2928-M-BF |
| OFFICER HENDRICKS, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The District Court *sua sponte* dismisses without prejudice Plaintiff's claims against Officer Hendricks for failure to prosecute.

**SO ORDERED,** this 10th day of October, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE